**UNITED STATES OF AMERICA,
Plaintiff–Appellee,**

v.

**JOHN J., a juvenile, Defendant–
Appellant.**

No. 01–10486.

D.C. No. CR–99–00374–RCB.

United States Court of Appeals,
Ninth Circuit.

Submitted April 12, 2002.*

Decided April 18, 2002.

Before O'SCANNLAIN and RICHARD
C. TALLMAN, Circuit Judges, and KING,
District Judge.**

MEMORANDUM ***

John J. appeals from a judgment of
conviction following a one-day bench trial
after the judge found him guilty of assault
with a dangerous weapon, and assault re-
sulting in serious bodily injury, in violation
of 18 U.S.C. § 113(a)(3), (6). We have
jurisdiction under 28 U.S.C. § 1291 and we
affirm.

John J. asserts that there was insuffi-
cient evidence to support his conviction
because the victim in this case was intoxi-
cated at the time of the incident and could
not recall many events during the trial.

In viewing the evidence in the light most
favorable to the prosecution, there was
sufficient evidence to support John J.'s
conviction. *See Jackson v. Virginia,* 443
U.S. 307, 319, 99 S.Ct. 2781, 61 L.Ed.2d
560 (1979).

AFFIRMED.

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
FED. R.APP. P. 34(A)(2).

** The Honorable Samuel P. King, Senior Unit-
ed States District Judge for the District of
Hawaii, sitting by designation.

*** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by 9th Cir. R. 36–3.

